CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

10/22/2019

JULIA C. DUDLEY, CLERK
BY:   s/ A. Little
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| BRYAN LISTER <br><br> *Plaintiff,* <br><br> v. <br><br> SIMPLIMATIC AUTOMATION, LLC, AND SE HOLDINGS, LLC, D/B/A SIMPLIMATIC ENGINEERING HOLDINGS, LLC, <br><br> *Defendants.* | CASE NO. 6:19-cv-00057 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on the Motion for Extension of Time to File Responsive Pleadings. (Dkt. 11). Defendants allege that Plaintiff has consented to this motion. (*Id.*). Having considered the Motion and finding good cause exists, the Court grants the Motion, and it is hereby **ORDERED** that Defendants move, answer, or otherwise respond to the Complaint on or before November 14, 2019.

It is so **ORDERED**.

The Clerk is directed to send a copy of this Order to counsel of record.

Entered: This day of  22nd  October 2019.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE